IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 5:180cv028-DCB-LRA

SHAWNVEON HOLIDAY                                        DEFENDANT

ORDER

This cause is before the Court on the defendant Shawnveon Holiday's Motion for Copies [ECF No. 52]. Holiday requests copies of his sentencing transcript, plea transcript, docket sheet, and indictment – or in the alternative a copy of the judgment and commitment order – so that he can "proceed with his Habeas Corpus proceeding." [ECF No. 52].

Title 28 U.S.C. § 2250 states that a movant for a writ of habeas corpus is entitled to copies of court records without cost where he has been granted leave to proceed in forma pauperis and his federal habeas motion is pending before the court. See Walton v. Davis, 730 Fed.Appx. 233, 234 (5th Cir. 2018). "The records will not be provided where a movant contends that he needs them to formulate a claim or to review for facts that may support a potential habeas petition." Id.(citing United States v. Carvajal, 989 F.2d 170, 170 (5th Cir. 1993) (28 U.S.C. § 2255 case)). Because Holiday has no habeas corpus petition pending before this Court, his request is foreclosed by § 2250 and shall be denied.

Accordingly,

IT IS HEREBY ORDERED and ADJUDGED that the defendant Shawnveon Holiday's motion for copies [ECF No. 52] is DENIED.

SO ORDERED, this the 2nd day of March, 2020.

/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE